DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

CHARLES EMMIT YOUNG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2157

————————————————

March 6, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Susan St. John, Judge.

PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.